UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Edward H. Saunders, Jr., <br><br> Petitioner, <br><br> v. <br><br> Federal Bureau of Prisons; Kathleen Hawk-Sawyer, Director; Harrell Watts, National Inmate Grievance Coordinator; Ray Holt, Southeast Regional Director; Donald A. McKelvy; Mickey E. Ray; J. Serrano; J. Shim; L, Guevara; J Geer; G. Loranth; Daniel Richardson; Manny Coll; Lawrence E. Green; A. Roger Lamb; Brennan Mitchell; J. Montolia, <br><br> Respondents. | C/A No. 4:05-00767-GRA <br><br> **ORDER** <br> (Written Opinion) |

This matter comes before the Court on Petitioner's Motion for Reconsideration under Fed. R. Civ. P. 59(e). The Petitioner asks this Court to reconsider its previous Order granting summary judgment in favor of Respondents and dismissing this case. For the reasons stated below, Petitioner's motion is DENIED.

Petitioner is proceeding *pro se.* This Court is required to construe *pro se* pleadings liberally. Such pleadings are held to a less stringent standard than those drafted by attorneys. *Gordon v. Leeke,* 574 F.2d 1147, 1151 (4th Cir. 1978). This Court is charged with liberally construing a pleading filed by a *pro se* litigant to allow

1

for the development of a potentially meritorious claim. *Haines v. Kerner*, 404 U.S. 519, 520 (1972).

As the basis for his motion, Petitioner alleges fraud and misconduct on the part of the magistrate judge. The Court has reviewed Petitioner's allegations and finds them to be without merit. Petitioner offers no evidence in support of his accusations, and the Court can find no evidence in the record of impropriety. In fact, the Court finds the magistrate carefully considered Petitioner's claims and addressed this petition with fair and thoughtful consideration. After a review of the record, this Court further finds that its prior decision was and is correct as a matter of law. Therefore, Petitioner's motion must be denied.

IT IS THEREFORE ORDERED that Petitioner's Motion for Reconsideration is hereby DENIED.

IT IS SO ORDERED.

                                              G. ROSS ANDERSON, JR.
                                              UNITED STATES DISTRICT JUDGE

April 26, 2007

Anderson, South Carolina

## **NOTICE OF RIGHT TO APPEAL**

Plaintiff is hereby notified that he has the right to appeal this Order within sixty (60) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure. Failure to meet this deadline, as modified within Rule 4, will waive the right to appeal.